**Michael D. JAMES, Plaintiff–Appellant,**

v.

**Daniel COTTER, Perry CI Contraband Sgt; D. Burcinski, Contraband Cpl; S. Duffy, Administrative Captain, Perry CI, Defendants–Appellees.**

No. 16-6110

United States Court of Appeals, Fourth Circuit.

Submitted: August 3, 2016

Decided: September 8, 2016

Michael D. James, Appellant Pro Se. James Victor McDade, DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina, for Appellees.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. James seeks to appeal the district court's order accepting the recommendation of the magistrate judge, granting summary judgment to defendants, and dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to exhaust administrative remedies. Upon review, we vacate the district court's order and remand the case with instructions to allow James a reasonable time to exhaust his administrative remedies and then, if necessary, move to amend his complaint. We deny James' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

VACATED AND REMANDED